1  Michael J. FitzGerald, State Bar No. 70845
   mfitzgerald@barnescrosby.com
2  David M. Lawrence, State Bar No. 210408
   dlawrence@barnescrosby.com
3  BARNES, CROSBY, FITZGERALD & ZEMAN, LLP
   18101 Von Karman Avenue, Suite 120
4  Irvine, California 92612
   (949)852-1100
5

6  Attorneys for Plaintiff
   TRACKERS, INC.
7

8  Richard E. Lyon, Jr., State Bar No. 46928
   richard.lyon@hklaw.com
9  Theresa A. Middlebrook, State Bar No. 89709
   theresa.middlebrook@hklaw.com
10 HOLLAND & KNIGHT LLP
   633 West Fifth Street, 21st Floor
11 Los Angeles, California  90071-2040
   Telephone:  (213) 896-2400
12 Facsimile:  (213) 896-2450

13 Attorneys for Defendant
   TREE ISLAND WIRE (USA), INC.
14

15                    UNITED STATES DISTRICT COURT

16                   CENTRAL DISTRICT OF CALIFORNIA

17 | TRACKERS, INC., a Nevada            ) Case No.: SACV 07-1295 AG(MLGx)
   | corporation,                        )
18 |                                     ) **[Proposed]** ORDER RE
   |                     Plaintiff,      ) **STIPULATED PROTECTIVE**
19 |                                     ) **ORDER RE CONFIDENTIAL**
   | vs.                                 ) **INFORMATION**
20 |                                     )
   | TREE ISLAND WIRE (USA), INC., a     )
21 | Delaware corporation; and DOES 1    )
   | through 100, inclusive,             )
22 |                                     )
   |                     Defendants.     )
23 |                                     )
   |                                     )
24 |_____)
   |                                     )
25 |                                     )
   | AND RELATED                         )
26 | COUNTERCLAIMS                       )
   |_____)
27 ///

28

                                  -1-
_____
         **ORDER RE STIPULATED PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION**

-2-

1    Having read and considered the parties stipulated protective order, and
2  good cause appearing, it is hereby ORDERED that the protective order is
3  approved and shall be the order of this Court.

**Dated: August 18, 2008**

                                      **MARC L. GOLDMAN**
                                      **UNITED STATES MAGISTRATE JUDGE**