| | |
|---|---|
| 1<br>2<br>3<br>4 | Michelle M. McCliman, State Bar No. 191241<br>THE McCLIMAN LAWFIRM<br>27702 Crown Valley Parkway<br>Suite D4-304<br>Ladera Ranch CA 92694<br>Telephone: (714) 423-2189<br>Facsimile: (949) 266-9067<br>Email: mmccliman@mcclimanlawfirm.com |

JS-6

Attorneys for Plaintiff and Counterdefendant
Trackers, Inc.

Richard E. Lyon, Jr., State Bar No. 46928
Theresa A. Middlebrook, State Bar No. 89709
HOLLAND & KNIGHT LLP
633 West Fifth Street, 21st Floor
Los Angeles, California  90071-2040
Telephone:  (213) 896-2400
Facsimile:  (213) 896-2450
E-Mail:  richard.lyon@hklaw.com
         theresa.middlebrook@hklaw.com

Attorneys for Defendant and Counterclaimant
Tree Island Wire (USA), Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACKERS, INC., a Nevada corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>TREE ISLAND WIRE (USA), INC., a Delaware corporation and DOES 1 through 10, inclusive,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. SACV07-1295 AG (MLGx)<br><br>**ORDER ON STIPULATION DISMISSING, WITH PREJUDICE, THE PLAINTIFF'S FIRST CAUSE OF ACTION AND DEFENDANT AND COUNTERCLAIMANT'S FIRST AND SECOND COUNTERCLAIMS RE PATENT**<br><br>Fed. R. Civ. Proc. 41(a)(2) |

Pursuant to that certain Settlement Agreement executed by and between the parties hereto effective as of May 18, 2009:

1

1  Plaintiff TRACKERS, INC. hereby voluntarily dismisses its First Cause of
2  Action against Defendant TREE ISLAND WIRE (USA), INC., with prejudice;
3  and
4  Defendant TREE ISLAND WIRE (USA), INC. hereby voluntarily
5  dismisses its First and Second Counterclaims against Plaintiff TRACKERS, INC.,
6  with prejudice.
7  IT IS SO ORDERED
8
9  Dated: May 27, 2009
10  ANDREW J. GUILFORD
   UNITED STATES DISTRICT JUDGE
11
12  # 6320871_v1

2