1  Richard E. Lyon, Jr., State Bar No. 46928
2  Theresa A. Middlebrook, State Bar No. 89709
   HOLLAND & KNIGHT LLP
3  633 West Fifth Street, 21st Floor
   Los Angeles, California  90071-2040
4  Telephone:  (213) 896-2400
   Facsimile:  (213) 896-2450
5  E-Mail:  richard.lyon@hklaw.com
            theresa.middlebrook@hklaw.com

6  Attorneys for Defendant and Counterclaimant
7  Tree Island Wire (USA), Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACKERS, INC., a Nevada corporation, | CASE NO. SACV07-1295 AG (MLGx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| TREE ISLAND WIRE (USA), INC., a Delaware corporation and DOES 1 through 10, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

Pursuant to a Stipulation and Order entered by the Court on May 27, 2009, Plaintiff Trackers, Inc.'s First Cause of Action and Defendant Tree Island Wire (USA), Inc.'s First and Second Counterclaims were dismissed, with prejudice.

The remaining claims, *i.e.*, Trackers' Second through Fourth Causes of Action for Copyright Infringement, Lanham Act Violations and Unfair Competition – were the subjects of Defendant Tree Island's Motion for Partial Summary Judgment, which came on regularly for hearing on May 18, 2009. After considering all of the evidence presented and the arguments of counsel, the

1 | Court granted partial summary judgment in favor of Defendant Tree Island on the
2 | Second through Fourth Causes of Action.
3 |     ACCORDINGLY, IT IS ORDERED AND ADJUDGED that Plaintiff
4 | Trackers, Inc. take nothing, that the action be dismissed on the merits, with each
5 | side to bear their own costs.
6 |
7 | IT IS SO ORDERED.
8 |
9 | 
10 | Dated: August 17, 2009        ANDREW J. GUILFORD
11 |                               UNITED STATES DISTRICT JUDGE
12 |
13 | # 6323855_v1

2